UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL RESNICK, JR., an individual,
MARLENE RESNICK, an individual,
and TAMMY RESNICK, an individual,

      Plaintiffs,
  v.

LOWER BURRELL POLICE DEPARTMENT, TRACY
LINDO, Chief of Lower Burrell Police Department, in her
personal capacity and official capacity, OFFICER JOHN DOE,
in his personal capacity and official capacity, and DISTRICT
JUSTICE CHERYL J. PECK YAKOPEC, individually and in
her personal capacity,

      Defendants.

Civil Action
No.: 2:09-CV-00893

The Honorable Gary L. Lancaster

Electronically filed

## ORDER

NOW this 9th day of Oct, 2009, it is hereby ORDERED, DIRECTED, and DECREED that the Plaintiffs' Motion for Leave to Amend Complaint has been granted.

That the Plaintiffs' are ordered and directed to file their Amended Complaint on or before October 29, 2009.

BY THE COURT:

_____
J.